UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:97-CR-00178-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| KENNETH ROBINSON, | |
| Defendant. | |

Defendant's Motion to Expunge Restitution (ECF No. 299) is DENIED.

IT IS SO ORDERED.

Dated: June 4, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1