PHILLIP A. TALBERT
United States Attorney
NICHOLAS FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ROBINSON,<br><br>Defendant. | CASE NO. 2:97-CR-00178-JAM<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On August 25, 2022, the United States requested an extension of time to September 20, 2022, to file its response to the Defendant's *pro se* motion. Docket No. 310.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The response is now due September 20, 2022.

DATED: August 26, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE